**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 26-6043**

---

DONALD L. BOWEN, SR.,

       Plaintiff - Appellant,

    v.

V.C.U. HEALTH (M.C.V.),

       Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Mark S. Davis, District Judge.  (2:24-cv-00531-MSD-DEM)

---

Submitted:  April 30, 2026                    Decided:  May 26, 2026

---

Before WILKINSON and BERNER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Donald Bowen, Sr., Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donald L. Bowen, Sr., a Virginia inmate, appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint without prejudice for failure to prosecute and failure to comply with the court's order to file an amended complaint. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Bowen's informal briefs do not challenge the basis for the district court's disposition, he has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*